# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| **ANDY SOTO** § | |
|    Plaintiff, § | |
| § | **Cause Number** |
| v. § | **3:21-cv-01620-X** |
| § | |
| **PAULINE CORONADO-NEWTON, et al.,** § | |
|    Defendants. § | |

## SUGGESTION OF BANKRUPTCY

**COMES NOW**, Andy Soto, Plaintiff, and files this Suggestion of Bankruptcy regarding putative Defendant Pauline Coronado and would show the Court that on December 15, 2020, she filed a Chapter 13 Bankruptcy in the U.S. Bankruptcy Court for the Northern District of Texas in Cause No. 20-33047-13.

The automatic stay provided under 11 USC 362 is in effect, which prevents collection and litigation against the debtor. In light of the bankruptcy filing, Plaintiff will refrain from serving Pauline Coronado until such time as the Bankruptcy is concluded or the Bankruptcy court grants leave to proceed.

   By:   */s/ Warren V. Norred*
            Warren V. Norred, TX Bar No. 24045094
            wnorred@norredlaw.com
            515 E. Border St., Arlington, TX 76010
            Tel. (817) 704-3984, Fax. (817) 524-6686
            Attorney for Plaintiff

Certificate of Service - I certify service to all parties in interest on July 16, 2021 by efile. Additionally, this Suggestion of Bankruptcy will be served with process to all parties along with the Complaint.  - s/Warren V. Norred/