UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>　　　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO.: 3:21-cv-01620-X |
| PAULINE CORONADO-NEWTON,<br>et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andy Soto ("Plaintiff") and Defendants DSA Partners II, Ltd., DSA Enterprises, L.L.C., and Neil Aggarwal, incorrectly named as "Daulat R. 'Neil' Aggarwaal" (the "DSA-Aggarwal Defendants"), collectively the "Parties," file this Joint Stipulation of Dismissal with Prejudice (the "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), (ii), and would respectfully show the Court the following:

Plaintiff and the DSA-Aggarwal Defendants hereby stipulate by and through their respective attorneys that all claims asserted in the above-styled and numbered cause by Plaintiff against the DSA-Aggarwal Defendants are hereby dismissed with prejudice to the re-filing of same. The Parties shall be responsible for their own fees and expenses related to this litigation.

Contemporaneously, the Parties submit to the Court for consideration the Order of Dismissal with Prejudice.

Through this Stipulation, it is only the Parties' intent to dismiss the claims asserted against the DSA-Aggarwal Defendants; other defendants remain.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court dismiss with prejudice all claims asserted by Plaintiff against the DSA-Aggarwal Defendants in the above-styled and numbered, with costs to be borne by the party incurring the same.

Respectfully submitted,

 /s/ Warren V. Norred (with permission)
Warren V. Norred, Texas Bar Number 24045094,
warren@norredlaw.com
515 E. Border; Arlington, Texas 76010
P. 817-704-3984 F. 817-524-6686
**ATTORNEY FOR PLAINTIFF ANDY SOTO**


 /s/ Rachel L. Hytken
Arthur F. Selander
State Bar No. 18004300
Rachel L. Hytken
State Bar No. 24072163
Quilling Selander Lownds
   Winslett & Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201
(214) 871-2100 Telephone
(214) 871-2111 Facsimile
aselander@qslwm.com
rhytken@qslwm.com

**ATTORNEY FOR DEFENDANTS
DSA PARTNERS II, LTD.,
DSA ENTERPRISES, L.L.C., AND
NEIL AGGARWAL**


## CERTIFICATE OF SERVICE

I hereby certify that on 1st day December, 2021, a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure to counsel of record via CM/ECF:

 */s/ Rachel L. Hytken*
Rachel L. Hytken