AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Andy Soto | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-01620-X |
|  | ) |
| Pauline Coronado-Newton, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

TO: Biju Abraham

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Warren Norred
515 E Border Street
Arlington , TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 07/13/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-01620-X

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __BIJU ABRAHAM__
was received by me on (*date*) __July 19, 2021__.

☑ I personally served the summons on the individual at (*place*) __3102 Coronado St., Irving, TX__
   on (*date*) __July 21, 2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
   _____, a person of suitable age and discretion who resides there,
   on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
   by law to accept service of process on behalf of (*name of organization*) _____
   on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __July 22, 2021__

_David Moore_
Server's signature

__DAVID MOORE  PSC-17184  EXP 10/31/2021__
Printed name and title

__301 Commerce   Fort Worth, TX 76102__
Server's address

Additional information regarding attempted service, etc: