UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>　　Plaintiff,<br><br>v.<br><br>PAULINE CORONADO-NEWTON,<br>BIJU ABRAHAM,<br>RAHIM MAWANI,<br>DAULAT R. "NEIL" AGGARWAAL,<br>COAB CONTRACTORS LLC,<br>C & A ASSOCIATES, INC,<br>DSA PARTNERS II, LTD.,<br>DSA ENTERPRISES, L.L.C.,<br>A & R TEXAS PROPERTIES LLC,<br>TEXAS A & R ENTERPRISES LLC,<br>　　Defendants. | §§§§§§§§§§§§§§§§ | Civil Action No. 3:21-cv-01620-X |

## STATUS REPORT

TO THE HONORABLE COURT:

　　Pursuant to this Court's order of March 21, 2022 [ECF No. 11], the parties in the instant case file this Status Report.

1.　　By agreement of the parties concerned, all claims against Defendants Neil Aggarwaal, DSA Partners II, LTD, and DSA Enterprises, LLC, have already been dismissed with prejudice.

2.　　Plaintiff is in the process of nonsuiting all claims against Defendants Texas A & R.

3.　　Defendant Pauline Coronado-Newton ("Coronado") filed her original answer on December 7, 2021 [ECF No. 10]. The instant case was abated due to Coronado's bankruptcy case in the Northern District of Texas (Cause No. 20-33047-13). The bankruptcy stay was subsequently lifted by the October 26, 2021 order in the same case. Coronado's counsel could not be reached for purposes of collaboration on this status report.

4.  Defendant Biju Abraham was served a summons and a copy of the original complaint in the instant case on July 19, 2021, but at this time has neither answered nor appeared, either *pro se* or through counsel.

5.  Four Defendants have not been successfully served in the instant case: A&R Texas Properties, LLC, C&A Associates, COAB Contractors, and Rahim Mawani. Process servers contracted by Plaintiffs counsel diligently attempted to serve all four parties but were unsuccessful. Plaintiffs plan to request substituted service via the proper motion concurrent to the filing of this status report.

6.  Plaintiffs and Defendant Coronado await the issuance of a scheduling order and the subsequent opening of the discovery phase in the instant case to begin pursuing and defending against the various claims brought.

Submitted on April 11, 2022,

*/s/ Warren V. Norred*
Warren V. Norred
State Bar No. 24045094
warren@norredlaw.com
**NORRED LAW, PLLC**
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 / (817) 524-6686
**Attorney for Plaintiff**

**Certificate of Service:** I hereby certify that on April 11, 2022, a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure to all parties seeking service in the instant case via the Court's ECF system.

/s/Warren V. Norred