UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>    Plaintiff,<br><br>v.<br><br>PAULINE CORONADO-NEWTON,<br>BIJU ABRAHAM,<br>RAHIM MAWANI,<br>DAULAT R. "NEIL" AGGARWAAL,<br>COAB CONTRACTORS LLC,<br>C & A ASSOCIATES, INC,<br>DSA PARTNERS II, LTD.,<br>DSA ENTERPRISES, L.L.C.,<br>A & R TEXAS PROPERTIES LLC,<br>TEXAS A & R ENTERPRISES LLC,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:21-cv-01620-X |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST BIJU ABRAHAM**

TO THE HONORABLE COURT:

Pursuant to L.R. 55.3, Plaintiff respectfully requests that the Clerk enter default against Defendant Biju Abraham in the instant case.

Defendant Abraham was served with a summons and a copy of the complaint on July 19, 2021. (See Exhibit 1, Affidavit of Proof of Service). To date, Defendant Abraham has failed to appear in the instant case, either through counsel or on his own behalf.

Submitted on April 22, 2022,

*/s/  Warren V. Norred*
Warren V. Norred
State Bar No. 24045094
warren@norredlaw.com
**NORRED LAW, PLLC**
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 / (817) 524-6686
**Attorney for Plaintiff**

**Certificate of Service:** I hereby certify that on April 25, 2022, a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure to all parties seeking service in the instant case via the Court's ECF system.

/s/Warren V. Norred