UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 3:21-cv-01620-X |
| PAULINE CORONADO-NEWTON,<br>BIJU ABRAHAM,<br>RAHIM MAWANI,<br>DAULAT R. "NEIL" AGGARWAAL,<br>COAB CONTRACTORS LLC,<br>C & A ASSOCIATES, INC,<br>DSA PARTNERS II, LTD.,<br>DSA ENTERPRISES, L.L.C.,<br>A & R TEXAS PROPERTIES LLC,<br>TEXAS A & R ENTERPRISES LLC,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME IN WHICH TO SERVE DEFENDANTS A&R TEXAS, C&A ASSOCIATES, COAB CONTRACTORS, AND RAHIM MAWANI**

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 4(m) Plaintiff herein moves this Court for additional time in which to affect service on Defendants A&R Texas Properties, LLC, C&A Associates, COAB Contractors, and Rahim Mawani.

Attached are the affidavits of attempts made by process servers contracted by Plaintiffs' counsel, who diligently attempted to serve said parties but were unsuccessful. Plaintiffs did not pursue service via certified mail at the time that these attempts failed because the instant case was stayed by the bankruptcy court. Now that the bankruptcy stay has been lifted, Plaintiff requests additional time in which to properly serve the listed Defendants.

Plaintiff respectfully requests ninety days from the time of this filing in which to affect service.

Submitted on April 25, 2022,

/s/ Warren V. Norred
Warren V. Norred
State Bar No. 24045094
warren@norredlaw.com
**NORRED LAW, PLLC**
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 / (817) 524-6686
**Attorney for Plaintiff**

**Certificate of Conference:** I hereby certify that on April 25, 2022, I sought conference on this motion with Dennis Croman, counsel for Defendant Coronado-Newton, who did not oppose this motion or the relief sought therein.

/s/Warren V. Norred

**Certificate of Service:** I hereby certify that on April 25, 2022, a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure to all parties seeking service in the instant case via the Court's ECF system.

/s/Warren V. Norred