## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 3:21-cv-01620-X |
| PAULINE CORONADO-NEWTON, et al.<br>    Defendants. | §<br>§<br>§ | |

### PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Pursuant to this Court's Electronic Order to Show Cause [Doc. No. 30] Plaintiff would herein show the Court that the Joint Stipulation of Dismissal [Doc. No. 28] has been amended and refiled [Doc. No. 31]. Plaintiff would further show the Court that the reason for Plaintiff's failure to file the amended stipulation in accordance with the deadline imposed in the Court's Order [Doc. No. 29] was due to an error in calendaring said deadline. Plaintiff and the undersigned apologize for the error.

Respectfully submitted,

By: /s/Warren V. Norred
Warren V. Norred
State Bar No. 24045094
Norred Law, PLLC
warren@norredlawcom
515 E. Border; Arlington, TX 76010
T: 817-704-3984; F: 817-524-6686
**ATTORNEY FOR PLAINTIFFS**

**Certificate of Service –** I certify that the foregoing was served on all parties seeking service in the instant case via the Court's ECF system on September 12, 2022.

/s/Warren V. Norred