UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| ANDY SOTO <br>    Plaintiff, <br> <br> v. <br> <br> PAULINE CORONADO-NEWTON, <br> BIJU ABRAHAM, RAHIM MAWANI, <br> DAULAT R. "NEIL" AGGARWAAL, <br> COAB CONTRACTORS LLC, <br> C & A ASSOCIATES, INC, <br> DSA PARTNERS II, LTD., <br> DSA ENTERPRISES, L.L.C., <br> A & R TEXAS PROPERTIES LLC, <br> TEXAS A & R ENTERPRISES LLC, <br>    Defendants. | § § § § § § § § § § § § § § § §    Civil Action No. 3:21-cv-01620-X |

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO: Pauline Coronado-Newton, by and through her attorney of record, Dennis Croman, Plaintiff Andy Soto files and serves this, his Designation of Experts Expected to Testify.

This designation only designates the undersigned, who is available for deposition.

                                Respectfully submitted,

                                /s/*Warren V. Norred*
                                Warren V. Norred
                                Texas Bar No. 25045094
                                NORRED LAW, PLLC
                                515 E. Border Street
                                Arlington, TX 76010
                                warren@norredlaw.com
                                Tel. (817) 704 3984
                                Fax. (817) 524 6686
                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE** I certify that on January 5, 2023, a true and correct copy of the above was served to Defendants via the Court's ECF system.

                                /s/Warren V. Norred
                                Warren V. Norred

# EXPERT DESIGNATION
## (PURSUANT TO FED. R. 26(A)(2) AND TEX. R. CIV. PRO. 194)

**Warren Norred, Attorney:**
a. Warren Norred; 515 East Border, Arlington, Texas 76010; 817-704-3984
b. Reasonable and necessary attorney fees, litigation expenses, and costs incurred by the Plaintiff in this lawsuit and in rebuttal to any expert designated within his field of expertise. Mr. Norred's mental impressions and opinions are based on his experience practicing law in the DFW area, and his knowledge of rates customarily charged by attorneys for similar services, as well as his knowledge of attorneys' fees charged to plaintiffs in this case. As well as rebuttal testimony to any experts offered by Defendants to prove up attorney's fees that Defendants may seek at trial.
c. Expected Testimony:
    i. Norred will testify that $375-450/hour to try this case is necessary and reasonable.
    ii. The facts and data depended on during testimony will include the time/task listings concerning the case.
    iii. The exhibits will include the time/task listings concerning the case.
    iv. Norred's qualifications are expressed above and his previous experience as a licensed attorney in Texas, more than ten years of experience with the Texas judicial system, substantial experience in civil litigation, and successful appearances before the Federal Circuit Court of Appeals.
    v. Norred has testified as an expert in many DFW trials on attorney fees, including *Dierolf v. Rummel*, 21-7845-431 (431st District Court in Denton County) and *Lacado v. Upshaw*, 096-293316-17 (96th District Court in Tarrant County).
    vi. Plaintiff is paying Norred up to his hourly rate of $450/hour, as detailed in his time and task listings, the reasonable fees sought being approximately $20,000, based on the attached reports and the well-known *Anderson* factors.
d. Expert production
    i. Invoices will be provided upon reasonable request. Review of Plaintiff's attorney invoices will also be required and will be reviewed.
    ii. Warren V. Norred is an attorney with experience in bankruptcy, intellectual property and litigation, including but not limited to adversaries, trademark and patent infringement, and general contract matters. Mr. Norred earned his Bachelor in Electrical Engineering in 1990 from the University of Texas at Arlington. He earned his Master of Science in Electrical Engineering in 1993, and recognized as a licensed Professional Engineer in 1996. Mr. Norred operated an engineering firm, which also represents global manufacturers of electronic components to design organizations. Mr. Norred earned his law degree in 2007 from Texas Wesleyan School of Law, now known as Texas A&M University School of Law, where he wrote for the Texas Wesleyan Law Review. Mr. Norred is a member of the State Bar of Texas. He is licensed to practice before all federal courts in Texas, the United States Patent and Trademark Office, the Fifth Circuit, the Ninth Circuit, and the Federal Circuit Courts of Appeal. Bibliography: Texas Wesleyan Law Review, "Removing Mud in the Clean Water Act: The Ninth Amendment as a Limiting Factor in *Chevron* Analysis," 14 Tex. Wesleyan L. Rev. 51.

# Andy Soto - Coronado Matter

Case details generated 01/04/2023

Date Range: All time ▾

Add Time Entry

**Billable** vs total
$18,754.75
80.5 hour(s)

**Invoiced** vs total
$18,506.25
79.7 hour(s)

Total amount and hours recorded
$18,754.75
80.5 hour(s)

Text Size 

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jan 4, 2023 | ● Draft Document | 0.50 | Designation of Expert Work. | $425.00/hr | $212.50 | Open | Warren V Norred |
| Jan 4, 2023 | ● Hourly Case Work | 0.30 | Drafted Designation of Experts, added to WVN's review list | $120.00/hr | $36.00 | Open | Marie E. Anderson |
| Dec 9, 2022 | ● Email | 0.10 | Replied to client email, client to send signed dec. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Dec 9, 2022 | ● Conference | 0.10 | TH confered with WN. WN reviewing MSJ. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Nov 29, 2022 | ● Draft Document | 0.30 | Work on MotDJ. Just needs WN declaration on damages and good to go. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Nov 29, 2022 | ● Hourly Case Work | 0.20 | File Report on Mediation and motion to amend sched order | $120.00/hr | $24.00 | ● Invoiced | Marie E. Anderson |
| Nov 28, 2022 | ● Edit Document | 0.30 | Edit MSJ to reflect WN's changes. | $200.00/hr | $60.00 | ● Invoiced | Ty Harding |
| Nov 21, 2022 | ● Case Status Check | 0.20 | Need to agree on a mediator. WN sent email to OC and also requested that we waive mediation. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Nov 14, 2022 | ● Case Status Check | 0.20 | TH and WN conferred. Filing DJ and MSJ later this week. TH to update client. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Nov 7, 2022 | ● Case Status Check | 0.20 | Coronado MSJ has been sanity checked. Need to file default judgment. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Nov 4, 2022 | ● Hourly Case Work | 0.40 | Sent initial disclosures to OC | $425.00/hr | $170.00 | ● Invoiced | Warren V Norred |
| Oct 31, 2022 | ● Case Status Check | 0.20 | KF updating default. WN has ball on MSJ. Initial disclosured due later this week. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Oct 24, 2022 | ● Case Status Check | 0.20 | TH conferred with WN. MA to sanity check MSJ then pass to WN. Still need to file default against Biju. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Oct 21, 2022 | ● Email | 0.20 | Emails with client re: update. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Oct 21, 2022 | ● Draft Motion | 2.00 | Finished MSJ | $200.00/hr | $400.00 | ● Invoiced | Ty Harding |
| Oct 20, 2022 | ● Draft Motion | 1.25 | MSJ drafting | $200.00/hr | $250.00 | ● Invoiced | Ty Harding |
| Oct 19, 2022 | ● Draft Motion | 1.25 | MSJ drafting | $200.00/hr | $250.00 | ● Invoiced | Ty Harding |
| Oct 18, 2022 | ● Review Document | 0.30 | Reviewed default judgment against Biju. WN to approve and file. | $200.00/hr | $60.00 | ● Invoiced | Ty Harding |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Oct 17, 2022 | ●Draft Motion | 0.50 | Started on MSJ | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| Oct 17, 2022 | ●Case Status Check | 0.20 | TH conferred with WN. Need default judgment filed. Need MSJ. WN to update client. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Oct 3, 2022 | ●Case Status Check | 0.20 | KF compiling docs for default against Biju. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Sep 12, 2022 | ●Conference | 0.20 | Spoke with WN and MA re: court's latest order. WN filing new stipulation. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Sep 9, 2022 | ●Hourly Case Work | 0.20 | Checked on court's order re: doc 28 | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Aug 29, 2022 | ●Draft Answer | 0.40 | Work on SA with Rawani, phone with OC. | $425.00/hr | $170.00 | ● Invoiced | Warren V Norred |
| Aug 29, 2022 | ●Case Status Check | 0.20 | Clayton has the ball on default and order. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Aug 25, 2022 | ●Draft Document | 1.40 | draft motion for default and order | $350.00/hr | $490.00 | ● Invoiced | Clayton Everett |
| Aug 24, 2022 | ●Edit Document | 0.25 | Review, edit Dismissal of RICO Claim. Sent SA to Walker Duke. | $425.00/hr | $106.25 | ● Invoiced | Warren V Norred |
| Aug 19, 2022 | ●Research | 0.50 | research severance, or certification under rule 54(b); spoke to WN regarding research and redirection on motion for default. | $350.00/hr | $175.00 | ● Invoiced | Clayton Everett |
| Aug 15, 2022 | ●Case Status Check | 0.20 | WN and TH conferred. CE being brought in to tackle motion to sever. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Aug 10, 2022 | ●Review Document | 0.30 | Edit out OC's last SA and sent back. Exchange with AS. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Aug 10, 2022 | ●Review Document | 0.10 | Reviewed partial dismissal of claims. Ready for WN. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Aug 9, 2022 | ●Edit Document | 0.25 | Review and edit R26 status report, instruct MEA to file. | $425.00/hr | $106.25 | ● Invoiced | Warren V Norred |
| Aug 8, 2022 | ●Review Document | 0.50 | Reviewed Soto MSJ | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| Aug 5, 2022 | ●Review Document | 0.20 | Reviewed settlement and added to WN's list. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Aug 3, 2022 | ●Conference | 0.20 | TH and WN conferred. Current plan is not to file an amended complaint. Rule 11 with M and A&R where we withdraw Rico Claim. Then pursue default against B and MSJ against C once we have discovery responses back. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Aug 3, 2022 | ●Hourly Case Work | 0.30 | Opting against filing amended complaint. Email to Walker Duke and working on settlement terms. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Aug 2, 2022 | ●Phone Call | 0.30 | Phone and email with WD on Mawani. Settling at $2k. We'll file a new complaint nlt Thursday, and then stipulate to dismissal Thursday after the new complaint is filed. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Jul 27, 2022 | ●Email | 0.20 | Emails w/ opposing counsel re. R26 status report | $120.00/hr | $24.00 | ● Invoiced | Marie E. Anderson |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jul 26, 2022 | ● Case Status Check | 0.10 | WN to file amended complaint. Still settling with M and A&R. QR drafting MSJ. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 19, 2022 | ● Discovery | 1.00 | Finalized discovery and sent to opposing counsel. (Time discounted to make up for earlier charges.) | $425.00/hr | $425.00 | ● Invoiced | Warren V Norred |
| Jul 18, 2022 | ● Case Status Check | 0.10 | Still working on settling out Texas A&R. WN to call OC. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 12, 2022 | ● Settlement Discussions | 0.30 | Email and phone with Mawani's counsel. Trying to settle. | $450.00/hr | $135.00 | ● Invoiced | Warren V Norred |
| Jul 11, 2022 | ● Case Status Check | 0.10 | Conferred with WN and SN re: next steps. SN to answer 12b6 while WN works on settling out Mawani | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 11, 2022 | ● Research | 1.00 | Consult with W, begin review of 12b6 | $200.00/hr | $200.00 | ● Invoiced | Solomon G Norred |
| Jul 11, 2022 | ● Research | 0.20 | Consult w Warren over 12b6 and settlement discussions | $200.00/hr | $40.00 | ● Invoiced | Solomon G Norred |
| Jul 11, 2022 | ● Review Document | 0.20 | Reviewed 12b6 of Texas A&R and Mawani | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 11, 2022 | ● Review Document | 0.20 | Reviewed Answer of Texas A&R and Mawani | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 7, 2022 | ● Review Document | 0.20 | Reviewed First Combined Discovery Requests to Coronado | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 6, 2022 | ● Review Document | 0.10 | Reviewed conspiracy claim in amended petition. Ready for WN's review. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 6, 2022 | ● Case Status Check | 0.20 | WN wants to hold off on filing default judgment while other parties answer. QR to check law on default against singe party. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 5, 2022 | ● Hourly Case Work | 0.30 | Status on review letter with TH, sent email to OC and sent to client for consideration. | $450.00/hr | $135.00 | ● Invoiced | Warren V Norred |
| Jul 5, 2022 | ● Review Document | 0.20 | Reviewed letter seeking dismissal of Rahim Mawani and A&R Texas Properties | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 5, 2022 | ● Review Document | 0.40 | Reviewed default judgment. | $200.00/hr | $80.00 | ● Invoiced | Ty Harding |
| Jun 27, 2022 | ● Case Status Check | 0.20 | QR finishing draft of default judgment against Coronado. TH to review and pass to WN once complete. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jun 23, 2022 | ● Case Status Check | 0.10 | Warren negotiating with OC. Answer deadline postponed by two weeks. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jun 14, 2022 | ● Hourly Case Work | 0.20 | Briefed QR on status. SN has drafted discovery requests. QR to prepare MSJ | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jun 13, 2022 | ● Case Status Check | 0.10 | WN working on dismissal of certain defendants and update to court. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jun 2, 2022 | ● Phone Call | 0.30 | Phone call with client | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Jun 1, 2022 | ● Phone Call | 0.30 | Contacting OC and AS on whether we keep in all these defendants. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| May 23, 2022 | ● Case Status Check | 0.10 | SN drafting discovery requests to all defendants. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| May 23, 2022 | Draft Document | 3.00 | Begin drafting discovery requests, read docket | $200.00/hr | $600.00 | Invoiced | Solomon G Norred |
| May 16, 2022 | Case Status Check | 0.10 | Waiting on certified mail cards to come back on service | $200.00/hr | $20.00 | Invoiced | Ty Harding |
| May 13, 2022 | Review Document | 0.10 | Reviewed Motion for default judgment. QR to correct. | $200.00/hr | $20.00 | Invoiced | Ty Harding |
| May 2, 2022 | Conference | 0.10 | Conferred with WN re: case status and next steps. MA to serve remaining defendants. KF to draft motion for default judgment. | $200.00/hr | $20.00 | Invoiced | Ty Harding |
| Apr 25, 2022 | Review Document | 0.40 | Reviewed Motion to extend time to serve | $425.00/hr | $170.00 | Invoiced | Warren V Norred |
| Apr 25, 2022 | Hourly Case Work | 0.75 | Emails w/ oc, filing with court: motion for add time to serve, dismissal of Texas A&R, request for entry of default. | $120.00/hr | $90.00 | Invoiced | Marie E. Anderson |
| Apr 25, 2022 | Case Status Check | 0.10 | MA to file motion for leave for alternative service on 4/25. | $200.00/hr | $20.00 | Invoiced | Ty Harding |
| Mar 21, 2022 | Case Status Check | 0.20 | Court issued an order requiring a joint status report by 4/08. Need to confer with RC re: developments in December and January. | $200.00/hr | $40.00 | Invoiced | Ty Harding |
| Jan 3, 2022 | Docket | 1.00 | Reviewing case, docket meeting, client call and updates. | $250.00/hr | $250.00 | Invoiced | Robbie Crosier |
| Nov 23, 2021 | Review Document | 0.50 | Reviewing proposed settlement agreement. | $250.00/hr | $125.00 | Invoiced | Robbie Crosier |
| Nov 16, 2021 | Settlement Discussions | 1.50 | Settlement discussions with OC for Aggarwaal and company continued. | $250.00/hr | $375.00 | Invoiced | Robbie Crosier |
| Nov 16, 2021 | Research | 0.80 | Research to obtain address for defendant for service. | $150.00/hr | $120.00 | Invoiced | Scot Brown |
| Nov 16, 2021 | Hourly Case Work | 0.10 | Server unable to serve Coronado at the address we have. Correspond w/ server and research addresses for Coronado. | $120.00/hr | $12.00 | Invoiced | Marie E. Anderson |
| Nov 15, 2021 | Settlement Discussions | 1.50 | Settlement negotiations with counsel for Aggarwaal and company, communication with client. | $250.00/hr | $375.00 | Invoiced | Robbie Crosier |
| Nov 12, 2021 | Communication - Opposing counsel | 1.00 | Emailing opposing counsel, phone consult with client, preparing to amend complaint and nonsuit necessary Ds. | $250.00/hr | $250.00 | Invoiced | Robbie Crosier |
| Nov 12, 2021 | Hourly Case Work | 0.20 | Sent summons and complaint to Falcon for service on Coronado. KF will mail order lifting stay to all other defendants. | $120.00/hr | $24.00 | Invoiced | Marie E. Anderson |
| Oct 29, 2021 | Conference | 0.20 | Conferred with WN and CE regarding case status. Bankruptcy stay is now lifted. We can proceed with service. TH to brief RC and MA | $200.00/hr | $40.00 | Invoiced | Ty Harding |
| Oct 25, 2021 | Prepare for Hearing | 0.50 | Preparation for hearing and debrief with client. | $250.00/hr | $125.00 | Invoiced | Robbie Crosier |
| Oct 25, 2021 | Hearing Prep. | 1.50 | Prepare and attend hearing on MFR; draft order according to court's ruling; upload order for entry; correspond with opposing counsel regarding same | $300.00/hr | $450.00 | Invoiced | Clayton Everett |
| Sep 13, 2021 | Document Assembly | 0.50 | Compiling exhibit list. | $200.00/hr | $100.00 | Invoiced | Robbie Crosier |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Sep 13, 2021 | ●Filing Document with Court | 0.50 | Assemble and file W/E List and Exhibits on MFR (Doc.65) and serve via USPS to Coronado and Leinart Law. | $120.00/hr | $60.00 | ● Invoiced | Angela Flint |
| Sep 13, 2021 | ●Draft Document | 0.50 | draft witness and exhibit list | $300.00/hr | $150.00 | ● Invoiced | Clayton Everett |
| Sep 10, 2021 | ●Client Update | 0.50 | Preparing client for hearing + compiling exhibit list. | $200.00/hr | $100.00 | ● Invoiced | Robbie Crosier |
| Sep 10, 2021 | ●Filing Document with Court | 0.30 | Notice of Final Hearing on MFR - Sept 16, and served via USPS to Coronado and Leinart | $120.00/hr | $36.00 | ● Invoiced | Angela Flint |
| Sep 3, 2021 | ●Phone Call | 0.50 | Phone call and scheduling hearing on bankruptcy stay in Coronado matter. | $200.00/hr | $100.00 | ● Invoiced | Robbie Crosier |
| Aug 31, 2021 | ●Communication - Opposing counsel | 1.00 | Communicating with OC regarding nonsuit with Alma Garza, conference in-office regarding bankruptcy stay hearing. | $200.00/hr | $200.00 | ● Invoiced | Robbie Crosier |
| Aug 24, 2021 | ●Phone Call | 0.10 | Updated client regarding case status. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Aug 24, 2021 | ●Case Status Check | 0.10 | Conferred with WN re: how to proceed regarding automatic stay. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Aug 17, 2021 | ●Research | 1.00 | Researching LLCs to discover additional defendants, phone call with opposing counsel for David Alaniz, status update call with Andy. | $200.00/hr | $200.00 | ● Invoiced | Robbie Crosier |
| Aug 11, 2021 | ●Phone Call | 0.25 | Call with client to provide case updates and plan next steps. | $200.00/hr | $50.00 | ● Invoiced | Robbie Crosier |
| Aug 10, 2021 | ●Draft Document | 0.50 | draft and prepare notice of hearing; send to AF for filing and serving instructions | $300.00/hr | $150.00 | ● Invoiced | Clayton Everett |
| Aug 9, 2021 | ●Conference | 0.50 | Conference with Warren regarding status of case and filing motion to lift bankruptcy stay. | $200.00/hr | $100.00 | ● Invoiced | Robbie Crosier |
| Aug 6, 2021 | ●Phone Call | 0.10 | Phone call with opposing party regarding service. No action required. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Aug 3, 2021 | ●Phone Call | 0.10 | Call with opposing party re: service. No action required. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Aug 1, 2021 | ●Review Document | 0.30 | Sanity Checked Motion for Relief from Automatic Stay. Ready for WN review and filing on 8/2 | $200.00/hr | $60.00 | ● Invoiced | Ty Harding |
| Jul 23, 2021 | ●Strategy - Case Development | 0.20 | Discuss motion concerning stay in the bk and moving forward with the suit. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |
| Jul 22, 2021 | ●Draft Document | 1.25 | revise and add to motion for relief | $300.00/hr | $375.00 | ● Invoiced | Clayton Everett |
| Jul 21, 2021 | ●Draft Document | 2.10 | draft motion for relief, PO, NOH, etc | $300.00/hr | $630.00 | ● Invoiced | Clayton Everett |
| Jul 20, 2021 | ●Review Document | 0.20 | Reviewed and sent TREC letter concerning Coronado's fraudulent real estate agent status. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |
| Jul 20, 2021 | ●Draft Document | 0.25 | Drafted letter to TREC for real estate complaint. | $75.00/hr | $18.75 | ● Invoiced | Quinn Roberts |
| Jul 19, 2021 | ●Hourly Case Work | 0.20 | Conferred with CE about getting permission from Bankruptcy Court to proceed against Coronado. CE to draft. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jul 16, 2021 | ●Email | 0.20 | Email to CE with summary of case, and attached Complaint and Suggestion. Requested drafting of motion for leave for Bankruptcy Court. | $200.00/hr | $40.00 | ● Invoiced | Ty Harding |
| Jul 16, 2021 | ●Hourly Case Work | 0.50 | Rec'd and saved summons, extracted individual citations and sent out for service via Falcon. | $120.00/hr | $60.00 | ● Invoiced | Marie E. Anderson |
| Jul 15, 2021 | ●Draft Document | 0.10 | Drafted Suggestion of Bankruptcy | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 13, 2021 | ●Edit Document | 1.00 | Revise Complaint for grammar/clarity | $120.00/hr | $120.00 | ● Invoiced | Marie E. Anderson |
| Jul 13, 2021 | ●Review Document | 0.50 | Review and final approval of original complaint. | $425.00/hr | $212.50 | ● Invoiced | Warren V Norred |
| Jul 13, 2021 | ●Review Document | 0.10 | Reviewed TREC Letter notifying us of open investigation. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jul 12, 2021 | ●Draft Petition | 2.00 | Drafting original complaint. | $75.00/hr | $150.00 | ● Invoiced | Quinn Roberts |
| Jul 8, 2021 | ●Review Document | 1.00 | Reviewing and drafting original complaint | $425.00/hr | $425.00 | ● Invoiced | Warren V Norred |
| Jun 25, 2021 | ●Edit Document | 0.50 | Edited RICO section of complaint to reflect patters of racketeering for all defendants. | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| Jun 24, 2021 | ●Email | 0.10 | Multiple emails attempting to get correct address and signature. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| Jun 16, 2021 | ●Draft Document | 0.50 | Converted petition into complaint and added claim with case law for Civil Rico. still needs application of law to facts on civil Rico claim. | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| Jun 11, 2021 | ●Edit Document | 0.50 | Sanity checked Andy Soto Petition. | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| Jun 5, 2021 | ●Email | 0.20 | Email re: signature of doc from AS. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |
| May 28, 2021 | ●Review Document | 0.30 | Reviewed QR edits to petition. | $200.00/hr | $60.00 | ● Invoiced | Ty Harding |
| May 19, 2021 | ●Draft Document | 0.30 | Began TREC complaint form. Sent to client for additional details | $200.00/hr | $60.00 | ● Invoiced | Ty Harding |
| May 19, 2021 | ●Email | 0.10 | Emailed Soto facts for review. Requested additional details. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| May 17, 2021 | ●Email | 0.10 | Emailed client re: Update on petition including unauthorized real-estate brokerage claim. Also informed client about TREC complaint process and asked for permission to pursue. | $200.00/hr | $20.00 | ● Invoiced | Ty Harding |
| May 17, 2021 | ●Research | 0.60 | Researched and called TREC about filing TREC complaint against Coronado for unauthorized real estate brokerage. | $200.00/hr | $120.00 | ● Invoiced | Ty Harding |
| May 17, 2021 | ●Draft Document | 0.50 | Investigated private cause of action against unsilenced real estate brokers. Discovered cause of action that authorizes treble damages. Amended petition to reflect new cause. | $200.00/hr | $100.00 | ● Invoiced | Ty Harding |
| May 13, 2021 | ●Draft Document | 2.00 | Drafting Original Petition, adding to statement of facts and sending final settlement requests to defendant Neil Aggarwaal. | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| May 12, 2021 | ● Draft Document | 2.00 | Drafting facts section of Original Petition and discussing settlement with OC for Coronado. OC states that Coronado is unable to pay out any settlement claim. | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |
| May 11, 2021 | ● Draft Document | 2.00 | Beginning draft of Original Petition, determining claims and order of events for statement of facts. | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |
| May 10, 2021 | ● Communication - Opposing counsel | 3.00 | Email Communication with Abraham/A&R OC (compiling large amounts of evidence to send--including video clips, call recordings, and photos), Coronado OC Final Request for Settlement | $200.00/hr | $600.00 | ● Invoiced | Robbie Crosier |
| Apr 28, 2021 | ● Communication - Opposing counsel | 2.00 | Continuing to compile evidence sent over by client, including text messages, videos, recordings, and photographs, reviewing materials related to Biju Abraham in and preparation for settlement communication with his attorney. Sent email refuting incorrect statements by Biju and Pauline's attorneys and discussing possibility of settlement. | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |
| Apr 21, 2021 | ● Research | 1.00 | Phone call to Sabu Abraham and communicating with client updating status of case, performing legal research and compiling evidence sent by client. | $200.00/hr | $200.00 | ● Invoiced | Robbie Crosier |
| Apr 20, 2021 | ● Phone Call | 1.25 | Phone call with previous tenant of Acosta property, phone call with Rahim of A&R Texas Properties, researching LLCs of defendants to bring into suit. | $200.00/hr | $250.00 | ● Invoiced | Robbie Crosier |
| Apr 20, 2021 | ● Phone Call | 0.25 | ████████████████ Disclaimed knowing that Andy Soto was in the home. | $425.00/hr | $106.25 | ● Invoiced | Warren V Norred |
| Apr 15, 2021 | ● Review Document | 2.00 | Organizing financial records demonstrating payments to Pauline, compiling and sorting evidence for each defendant, communicating with OC regarding possible settlement, communicating with client via email to obtain more evidence and timeline of events | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |
| Apr 15, 2021 | ● Email | 0.20 | Review communications with OC on Soto purchase. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |
| Apr 15, 2021 | ● Email | 0.30 | Reviewed draft of emails and sent to OC and client. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Apr 14, 2021 | ● Research | 2.00 | Calling attorney for Neil, emailing Coronado's bankruptcy attorney to discuss settlement, gathering financial records to bolster settlement negotiations and prepare for suit. | $200.00/hr | $400.00 | ● Invoiced | Robbie Crosier |
| Apr 14, 2021 | ● Phone Call | 0.30 | Call with Blythe; told him to maintain. | $425.00/hr | $127.50 | ● Invoiced | Warren V Norred |
| Apr 14, 2021 | ● Email | 0.20 | Rec'd RA email on status of Pauline's position. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |
| Apr 13, 2021 | ● Draft Document | 4.00 | Calling Maria regarding Notice to Vacate, conducting legal research, emailing and texting client to secure more evidence, locating relevant Defendants, drafting Demand Letter to send to Defendants. | $200.00/hr | $800.00 | ● Invoiced | Robbie Crosier |
| Apr 13, 2021 | ● Email | 0.20 | Review emails from RC to potential defendants. | $425.00/hr | $85.00 | ● Invoiced | Warren V Norred |

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Apr 12, 2021 | Review Document | 1.00 | Reviewing case, emailing counsel for Coronado to discuss possibility of settlement. | $200.00/hr | $200.00 | ● Invoiced | Robbie Crosier |
| Apr 9, 2021 | Phone Call | 0.75 | Phone call with client discussing and categorizing payments made to Pauline and Abraham. | $200.00/hr | $150.00 | ● Invoiced | Robbie Crosier |
| Apr 8, 2021 | Review Document | 0.50 | Emailing client, reviewing text messages, researching Coronado active cases and looking for opposing counsel. | $200.00/hr | $100.00 | ● Invoiced | Robbie Crosier |
| Apr 7, 2021 | Email | 0.25 | Emailing Coronado bankruptcy attorney to get lease-purchase agreement. | $425.00/hr | $106.25 | ● Invoiced | Warren V Norred |
| Apr 7, 2021 | Research | 1.00 | Legal research on status of bankruptcy case and contacting Coronado's bankruptcy attorney to get copy of lease-purchase agreement. | $200.00/hr | $200.00 | ● Invoiced | Robbie Crosier |

 **Andy Soto - Coronado Matter**

Case details generated 01/04/2023

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Aug 16, 2022 | Service of Process | 1.0 | $128.72 | Falcon #64349 - Cert.Mail. A&R Texas and Cert. Mail Mawani | $128.72 | Invoiced | Angela Flint |
| May 31, 2022 | Service of Process | 1.0 | $147.80 | Falcon Invoice #63902 - Service via certified mail to Coab Contractors. | $147.80 | Invoiced | Angela Flint |
| Nov 24, 2021 | Service of Process | 1.0 | $180.00 | Service of process on Coronado-Newton (Falcon invoice 62241) | $180.00 | Invoiced | Marie E. Anderson |
| Aug 9, 2021 | Filing Fee | 1.0 | $188.00 | Soto (Movant/Plaintiff) Motion for Relief in 20-33047-hdh13 | $188.00 | Invoiced | Angela Flint |
| Aug 4, 2021 | Service of Process | 1.0 | $313.20 | Hand Deliver Summons -Rahim Mawani and A&R TX Properties x3 attempts. Falcon Invoice #61244 | $313.20 | Invoiced | Angela Flint |
| Jul 27, 2021 | Service of Process | 1.0 | $151.89 | Falcon Invoice #61159 | $151.89 | Invoiced | Angela Flint |
| Jul 26, 2021 | Service of Process | 1.0 | $205.98 | Service on Tex. A&R Enterprises c/o Secretary of State via Falcon (Invoice #61148) | $205.98 | Invoiced | Marie E. Anderson |
| Jul 23, 2021 | Service of Process | 1.0 | $365.47 | Service on Abraham, Aggarwaal, DSA LLC and DSA II via Falcon | $365.47 | Invoiced | Marie E. Anderson |
| Jul 14, 2021 | Filing Fee | 1.0 | $400.00 | Filing Complaint in ND Dallas | $400.00 | Invoiced | Marie E. Anderson |
| Apr 14, 2021 | Postage | 1.0 | $15.10 | Demand Letter sent to A&R Texas Properties CMRRR 7020 1290 0000 2470 6736 and Sabraham Properties LLC CMRRR 7020 1290 0000 2470 6743. | $15.10 | Invoiced | Tyler Shelby |