UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 3:21-cv-01620-X |
| PAULINE CORONADO-NEWTON, et al.<br>    Defendants. | §<br>§<br>§ | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**

COMES NOW Plaintiff Andy Soto and hereby moves the Court to continue trial of this matter by at least three months, and to extend the deadline by which the remaining parties must hold a settlement conference before Magistrate Judge Ramirez.

1. Pursuant to this Court's Electronic Order [Doc. No. 35] Plaintiff's counsel sought to schedule the ordered settlement conference with Dennis Croman, counsel for Defendant Pauline Coronado-Newton, and the office of Magistrate Judge Ramirez.

2. Having compared their dates of availability, counsel for the remaining parties and the Magistrate Judge assigned to hear the settlement conference have concluded that no date exists when both parties and the judge are available to meet.

3. Plaintiff respectfully requests that the Court extend the settlement conference deadline by four weeks, for a new deadline of March 24, 2023.

4. Plaintiff additionally requests that trial of this matter be removed from the Court's two-week trial docket starting May 8, 2023. Plaintiff moves that the instant case be reset to the next available trial setting following the May 8, 2023 setting in order to allow additional time for the parties to explore all possible avenues to settlement.

5. This Motion is not made for the sake of delay but in the interest of judicial efficiency.

## PRAYER

WHEREFORE, Plaintiffs respectfully request that the trial setting in the instant case be reset to a date no earlier than June 1, 2023.

Plaintiffs further pray that the settlement conference deadline be extended to a date no earlier than March 24, 2023.

Plaintiffs pray for all additional relief to which the Court may find them entitled.

Respectfully submitted,

_____
**Andy Soto, Plaintiff**

By: /s/Warren V. Norred
Warren V. Norred
State Bar No. 24045094
Norred Law, PLLC
warren@norredlawcom
515 E. Border; Arlington, TX 76010
T: 817-704-3984; F: 817-524-6686
**ATTORNEY FOR PLAINTIFF**

**Certificate of Service –** I certify that the foregoing was served on all parties seeking service in the instant case via the Court's ECF system on January 26, 2023.

/s/Warren V. Norred

**Certificate of Conference –** I certify that I conferred via email with Dennis Croman, counsel for Defendant Pauline Coronado-Newton, on January 24, 2023. He advised that he did not oppose this motion, or the relief sought therein.

/s/Warren V. Norred