UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS- DALLAS DIVISION

| | | |
|---|---|---|
| ANDY SOTO<br>Plaintiff<br><br>VS.<br><br>PAULINE CORONADO-NEWTON, et al,<br>Defendants. | § § § § § § § § § | CIVIL ACTION NO.<br>3:21-CV-01620-X |

### DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO PLAINTIFF

Defendant files this Certificate of Written Discovery Directed to Plaintiff pursuant to the applicable local rule and states that the discovery set forth below was served upon the following party on April 18, 2023:

Andy Soto, by and through his attorney of record, Warren Norred,

### Discovery Served

1. Defendant's Request for Production and Inspection.
2. Defendant's Written Interrogatories to Plaintiff.

Respectfully submitted,

DENNIS R. CROMAN
4425 West Airport Freeway, Suite 242
Irving, Texas 75062
Tel: (972) 887-3072
Fax: (972) 887-3199

By:/s/ Dennis R. Croman
    Dennis R. Croman
    State Bar No. 05102000
    drc.cromanlaw@gmail.com
    Attorney for Defendant, Pauline Coronado-Newton

## CERTIFICATE OF SERVICE

I certify that a true copy of this Certificate of Written Discovery Directed to Plaintiff was served in accordance with rule 21a of the Texas Rules of Civil Procedure on the following on April 18, 2023:

Warren Norred by electronic email.

/s/ Dennis R. Croman
Dennis R. Croman
Attorney for Defendant, Pauline Coronado-Newton