UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| ANDY SOTO<br>    Plaintiff,<br><br>v.<br><br>PAULINE CORONADO-NEWTON, et al.,<br>    Defendants. | Civil Action No. 3:21-cv-01620-X |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Andy Soto to respond to *Defendant's Certificate of Written Discovery Directed to Plaintiff* filed by Defendant Coronado on April 18, 2023 ("Certificate," Doc. 49).

Plaintiff has received no written discovery as described in Defendant's Certificate. The undersigned has conferred with counsel for Defendant Coronado, who confirmed that no such written discovery exists.

Respectfully Submitted,

/s/ Warren V. Norred
Warren V. Norred, TBN 24045094
NORRED LAW, PLLC
warren@norredlaw.com
515 E. Border; Arlington, Texas 76010
P. 817-704-3984 F. 817-524-6686
*Attorney for Plaintiff Andy Soto*

**Certificate of Service:** I hereby certify that on May 5, 2023, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure to counsel of record via CM/ECF.

/s/ Warren V. Norred
Warren V. Norred