UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | |
|---|---|
| ANDY SOTO<br>    Plaintiff,<br><br>v.<br><br>PAULINE CORONADO-NEWTON, et al.,<br>    Defendants. | § § § § § § § § | Civil Action No.<br>3:21-cv-01620-X |

### JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

In response to this Court's Amended Scheduling Order [Doc. 70] the parties in the instant case file this Joint Report on Mediation.

On October 27, 2023, the parties participated in mediation with Hon. Royal Fergeson via Zoom. The parties were unable to reach a settlement agreement.

While in mediation and reviewing the case with counsel, Plaintiff was able to identify facts to suggest that Defendant Coronado's husband, Mark Lavon Newton, should be added as a defendant in this case. Plaintiff intends to file a motion for leave to amend his complaint and join Mr. Newton to this litigation, though Plaintiff expects that motion to be opposed.

Respectfully submitted,

| | |
|---|---|
| */s/ Warren V. Norred*<br>Warren V. Norred<br>State Bar No. 24045094,<br>warren@norredlaw.com<br>NORRED LAW, PLLC<br>515 E. Border St.; Arlington, TX 76010<br>Telephone (817) 704-3984<br>Facsimile (817) 524.6686<br>Attorney for Plaintiff Andy Soto | /s/Dennis R. Croman<br>Dennis R. Croman<br>State Bar No. 05102000<br>drc.cromanlaw@gmail.com<br>4425 West Airport Freeway, Suite 242<br>Irving Texas 75062<br>Telephone: 972-887-3072<br>Facsimile: 972-887-3199<br>Attorney for Defendant Pauline Coronado-Newton |

**Certificate of Service:** I hereby certify that on November 7, 2023, a true and correct copy of the above was served in accordance with the Federal Rules of Civil Procedure to counsel of record via CM/ECF.

                                                                        */s/ Warren V. Norred*
                                                                        Warren V. Norred